DARIN W. SNYDER (State Bar No. 136003)
dsnyder@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

MELODY DRUMMOND HANSEN (State Bar No. 278786)
mdrummond@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

CAMERON W. WESTIN (State Bar No. 290999)
cwestin@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

*Attorneys for Plaintiff*
HULU LLC

PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Defendants*
ROVI CORPORATION, ROVI GUIDES, INC., and TIVO CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HULU LLC, <br><br> Plaintiff, <br><br> v. <br><br> ROVI CORPORATION, ROVI GUIDES, INC. and TIVO CORPORATION, <br><br> Defendants. | Case No. 3:17-cv-02942-JD <br><br> **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Hulu LLC, Rovi Corporation, Rovi Guides, Inc., and TiVo Corporation (collectively, "the Parties"), by and through their respective undersigned counsel, that all claims in the above-captioned action are hereby dismissed without prejudice, with each Party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

DATED: May 17, 2018             By: */s/ Melody Drummond Hansen*
                                    Darin W. Snyder
                                    O'MELVENY & MYERS LLP
                                    Two Embarcadero Center, 28th Floor
                                    San Francisco, CA 94111-3823
                                    Telephone:  (415) 984-8700
                                    dsnyder@omm.com

                                    Melody Drummond Hansen
                                    O'MELVENY & MYERS LLP
                                    2765 Sand Hill Road
                                    Menlo Park, CA  94025-7019
                                    Telephone:  (650) 473-2600
                                    mdrummond@omm.com

                                    Cameron W. Westin
                                    O'MELVENY & MYERS LLP
                                    610 Newport Center Drive, 17th Floor
                                    Newport Beach, CA  92660-6429
                                    Telephone:  (949) 823-6900
                                    cwestin@omm.com

                                    *Attorneys for Plaintiff*
                                    HULU LLC

Respectfully submitted,

DATED: May 17, 2018

By: */s/ Lisa Kobialka*
Paul J. Andre
Lisa Kobialka
James Hannah
Hannah Lee
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

*Counsel for Defendants*
ROVI CORPORATION, ROVI GUIDES, INC., and TIVO CORPORATION

### **ATTESTATION CLAUSE**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

O'MELVENY & MYERS LLP

By:     */s/ Melody Drummond Hansen*
Melody Drummond Hansen
Attorneys for Plaintiff Hulu LLC